

No. 13–0536/AR. U.S. v. Jacob D. Moon. CCA 20120112. Appellant's motion to extend time to file a brief and a joint appendix granted, *but only up to and including February 6, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0295/AR. U.S. v. James E. Ford. CCA 20110417. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 4, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0296/AR. U.S. v. Paul Bearden, Jr. CCA 20110754. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 5, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0297/AR. U.S. v. Allen D. Chestnut. CCA 20120612. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 5, 2014, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0334/AF. U.S. v. Aaron J. Jennings. CCA 38230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2014.

No. 14–0338/AR. U.S. v. Christopher D. Birdsong. CCA 20110440. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2014.

No. 14–0340/AF. U.S. v. Joseph B. Tapp. CCA S32085. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2014.

No. 14–0341/AR. U.S. v. Joshua K. Bass. CCA 20130546. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 10, 2014.

No. 14–0342/AF. U.S. v. Ronald M.E. Daniel. CCA 38186. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2014.

No. 14–0344/AF. U.S. v. John R. Vasquez, Jr. CCA 38192. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2014.